UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**LAS CAZUELAS MEXICAN
RESTAURANT, LLC,**

    Plaintiff,

v.                                                          Case No. 5:23-CV-1498-JKP

**TECHNOLOGY INSURANCE COMPANY,
INC. and LUIS ROSAS,**

    **Defendants.**

## ORDER OF REMAND

The Court has considered the issues presented in this case and rendered its decision. For the reasons stated in the Order Granting Remand issued contemporaneously with this Order, the Court **REMANDS** this matter to the 166th Judicial District Court of Bexar County, Texas, Cause Number 2023-CI-23552. The Clerk of Court shall effect this remand in accordance with the usual procedure of the Court consistent with 28 U.S.C. § 1447(c). The parties are responsible for their own costs, expenses, and attorney fees. **The Court directs the Clerk of Court to close this matter for all purposes.**

    SIGNED this 9th day of January 2024.

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**